IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL N. HARVIS,

      Appellant,

v.

JULIE L. JONES, Secretary,
Florida Department of
Corrections,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2284

Opinion filed December 22, 2016.

An appeal from the Circuit Court for Hamilton County.
Andrew J. Decker, Judge.

Michael N. Harvis, pro se, for Appellant.

Pamela Jo Bondi, Attorney General, and Michael McDermott, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, WETHERELL, and M.K. THOMAS, JJ., CONCUR.